<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6121**

TITUS THOMAS,

Plaintiff - Appellant,

v.

OFFICER G. L. WILSON; OFFICER D. KRAMPT; OFFICER R. ALLISON;
OFFICER T. MENGUS; OFFICER HENDERSON; TERRY MILLER, Inmate
ID 274-682; JUSTIN CHANEY, Inmate ID 348-112; GARY ANDERSON,
Inmate ID 344-943; IMANI GREEN, Inmate ID 337-646,

Defendants – Appellees,

v.

OFFICE OF THE ATTORNEY GENERAL,

Party-in-Interest.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge. (8:10-cv-02003-AW)

Submitted:  June 30, 2011                Decided:  July 6, 2011

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Titus Thomas, Appellant Pro Se.   Nichole Cherie Gatewood, Rex
Schultz Gordon, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,

Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Titus Thomas appeals the district court's order denying his motion for the appointment of counsel in his 42 U.S.C. § 1983 (2006) civil rights action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Thomas' informal brief does not challenge the basis for the district court's disposition, Thomas has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED